FILED IN OPEN COURT
ON 1-26-16 BG
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-22-1H (2)
NO. 5:16-CR-22-2H (2)
NO. 5:16-CR-22-3H (2)
NO. 5:16-CR-22-4H (2)
NO. 5:16-CR-22-5H (2)
NO. 5:16-CR-22-6H (2)
NO. 5:16-CR-22-7H (2)
NO. 5:16-CR-22-8H (2)
NO. 5:16-CR-22-9H (2)

UNITED STATES OF AMERICA      )
                             )
        v.                    )          **ORDER**
                             )
MOKHTAR ABDUL KAREM KHASHAFA  )
YOUSEF ABDULLA MOHAMED KAID   )
IBRAHIM ABDULLA KAIED         )
TAHA AL MONTASER              )
AHMED AL MONTASER             )
MOHAMMED NASSER ALI           )
   a/k/a "Mo"                 )
JABBAR MAZAB                  )
   a/k/a "Obaydah"            )
BASSAM SAAD                   )
   a/k/a "Sam"                )
MUHAMMED LABBID AL HADDAWI    )

Upon motion of the United States, and for good cause shown,

it is hereby ORDERED that the Indictment and all other filings

in this matter be sealed pending the arrest of the named

Defendants, except that copies may be provided to (1) the United

States Attorney's Office for the Eastern District of North

Carolina, (2) the United States Attorney's Office in any other

district where Defendants may be brought for initial appearance,

Case 5:16-cr-00022-H   Document 3   Filed 01/26/16   Page 1 of 2

(3) the Federal Bureau of Investigation, (4) the Internal Revenue Service, and (5) any other law enforcement agency that may be called upon to assist in the arrest of the named defendants.

It is further ORDERED that (1) the government shall notify the Clerk as soon as possible after each defendant has been arrested, and (2) the Clerk, upon receiving such notice from the government, shall unseal this matter as to each defendant in custody without further order of the Court.

This the 26 day of January, 2016.

UNITED STATES MAGISTRATE JUDGE

2