UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-022-H

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| JABBAR MAZAB | ) |

ORDER
ON MOTION TO SEAL
SENTENCING MEMORANDUM

THIS MATTER is before the Court on defendant's motion to seal his Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the motion is GRANTED, and the defendant's Sentencing Memorandum [DE 274] shall be filed under SEAL.

SO ORDERED, this the 9th day of February 2017.

MALCOLM J. HOWARD
Senior United States District Judge