UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jabbar Mazab						Docket No. 5:16-CR-22-7H

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jabbar Mazab, who, upon an earlier plea of guilty to Conspiracy to Traffic in Contraband Cigarettes, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 15, 2017, to the custody of the Bureau of Prisons for a term of 6 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jabbar Mazab was released from custody on September 29, 2017, at which time the term of supervised release commenced in the Eastern District of New York.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** When the defendant was sentenced, the court ordered that the defendant make payments in the amount of $100.00 per month towards the special assessment of $100.00 and restitution in the amount of $149,292.00. At this time, the defendant is unable to make payments in the amount of $100.00 per month due to his limited income and family needs. On February 14, 2018, the defendant was given a written reprimand for failing to make payments according to the court's order. It is recommended the defendant's minimum monthly installments be reduced from $100.00 per month to $50.00 per month. This will allow the defendant to remain in compliance with the terms and conditions of his supervision while allowing him enough income to provide for his family.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall make payments towards the financial obligation originally imposed in this case in installments of $50.00 per month.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller | /s/ Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8808 |
| | Executed On: June 1, 2018 |

Jabbar Mazab
Docket No. 5:16-CR-22-7H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __5th__ day of June 2018, and ordered filed and made a part of the records in the above case.

*Malcolm J. Howard* (signature)

Malcolm J. Howard
Senior U.S. District Judge