IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-22-7H

UNITED STATES OF AMERICA )
)
v. )
)
JABBAR MAZAB )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 15, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(1)(C), as made applicable by Title 28 U.S.C. § 2461, based upon the defendant pleading guilty to 18 U.S.C. § 371 and agreeing to the forfeiture of the property listed in the February 15, 2017 Preliminary Order of Forfeiture, to wit:

**REAL PROPERTY**

Real property located at 1823 Sullivan Road, Thomasville, North Carolina; and

Real property located at 170 Freedom Avenue, Staten Island, New York.

**PERSONAL PROPERTY**

A 2014 Lexus G35, Vehicle Identification Number JTHCE1BL6E5022718, bearing New York registration plate GNR7060;

A 2015 Lincoln MKX, Vehicle Identification Number 2LMDJ8JK5FBL32777, bearing New York registration GWB6133;

1

A 2015 Ford F150, Vehicle Identification Number 1FTEW1EG4FFC17976, bearing New York registration HAM6213; and

**CURRENCY**

$18,448 in United States currency seized from MOKHTAR ABDUL KAREM KHASHAFA on or about February 3, 2016;

$6,756 in United States currency seized from TAHA AL MONTASER on or about February 3, 2016;

$18,277 in United States currency seized from AHMED AL MONTASER on or about February 3, 2016;

$15,204 in United States currency seized from JABBAR MAZAB on or about February 3, 2016, and an additional $1.50 seized on or about February 3, 2016;

$24,140 in United States currency seized from MUHAMMED LABBID AL HADDAWI on or about February 3, 2016; and

$61.90 in United States currency;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 10, 2017 and April 8, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's February 15, 2017 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

AND WHEREAS, the United States advised the Court that it is not pursuing judicial forfeiture as to the subject vehicles;

AND WHEREAS, the United States advised the Court that it is not pursuing judicial forfeiture as to the subject real property described above as: Real property located at 170 Freedom Avenue, Staten Island, New York;

AND WHEREAS, the United States advised that disposition of the subject real property located at 1823 Sullivan Road, Thomasville, North Carolina will be addressed in a separate motion by the United States as to co-defendant Mokhtar Abdul Karem Khashafa.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject vehicles are released from this criminal forfeiture action.

2. That the subject real property described above as: Real property located at 170 Freedom Avenue, Staten Island, New York is released from this criminal forfeiture action.

3. That the subject currency listed in the February 15, 2017 Preliminary Order of Forfeiture is hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the currency according to law.

4. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 24th day of October 2019.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE